IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| GILMA NAYELI GUTIERREZ MINGO | : | 1:25CR156-1 |
| CARLOS ADELSON SANDOVAL PADILLA | : | 1:25CR156-2 |
| RICARDO ALMAR FLORES VELASQUEZ | : | 1:25CR156-3 |
| JUAN DAVID MARTINEZ-PEREZ, | : | 1:25CR156-4 |
| also known as "Pablo" | : | |
| ANGEL OMAR FUENTES HIDALGO, | : | 1:25CR156-5 |
| also known as "Omar" | : | |
| YADIRA MARGARITA LOPEZ BALTAZAR, | : | 1:25CR156-6 |
| also known as "Elizabeth" | : | |

The Grand Jury charges:

COUNT ONE

From on or about December 6, 2023, continuing up to and including on or about the return date of this Indictment, the exact dates to the Grand Jurors unknown, in the County of Durham, in the Middle District of North Carolina, and elsewhere, GILMA NAYELI GUTIERREZ MINGO, CARLOS ADELSON SANDOVAL PADILLA, RICARDO ALMAR FLORES VELASQUEZ, JUAN DAVID MARTINEZ-PEREZ, also known as "Pablo", ANGEL OMAR FUENTES HIDALGO, also known as "Omar", YADIRA MARGARITA LOPEZ BALTAZAR, also known as "Elizabeth", and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully

conspire, combine, confederate, and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally, and unlawfully distribute quantities of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

Quantities of Controlled Substances Involved in the Conspiracy

With respect to GILMA NAYELI GUTIERREZ MINGO, the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other co-conspirators reasonably foreseeable to her, is 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

With respect to CARLOS ADELSON SANDOVAL PADILLA, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other co-conspirators reasonably foreseeable to him, is 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

With respect to RICARDO ALMAR FLORES VELASQUEZ, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other co-conspirators reasonably foreseeable to him, is 50

grams or more of a mixture and substance containing a detectable amount of methamphetamine.

With respect to JUAN DAVID MARTINEZ-PEREZ, also known as "Pablo", the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other co-conspirators reasonably foreseeable to him, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

With respect to ANGEL OMAR FUENTES HIDALGO, also known as "Omar", the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other co-conspirators reasonably foreseeable to him, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

With respect to YADIRA MARGARITA LOPEZ BALTAZAR, also known as "Elizabeth", the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other co-conspirators reasonably foreseeable to her, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A) and 841(b)(1)(B).

## COUNT TWO

On or about December 6, 2023, in the County of Durham, in the Middle District of North Carolina, GILMA NAYELI GUTIERREZ MINGO knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about December 13, 2023, in the County of Durham, in the Middle District of North Carolina, GILMA NAYELI GUTIERREZ MINGO knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR

On or about December 21, 2023, in the County of Durham, in the Middle District of North Carolina, GILMA NAYELI GUTIERREZ MINGO knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FIVE

On or about January 5, 2024, in the County of Durham, in the Middle District of North Carolina, GILMA NAYELI GUTIERREZ MINGO knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT SIX

On or about January 24, 2024, in the County of Durham, in the Middle District of North Carolina, CARLOS ADELSON SANDOVAL PADILLA knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT SEVEN

On or about February 13, 2024, in the County of Durham, in the Middle District of North Carolina, CARLOS ADELSON SANDOVAL PADILLA knowingly and intentionally did unlawfully distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT EIGHT

On or about March 4, 2024, in the County of Durham, in the Middle District of North Carolina, RICARDO ALMAR FLORES VELASQUEZ knowingly and intentionally did unlawfully distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT NINE

On or about August 7, 2024, in the County of Durham, in the Middle District of North Carolina, JUAN DAVID MARTINEZ-PEREZ, also known as "Pablo", ANGEL OMAR FUENTES HIDALGO, also known as "Omar", and YADIRA MARGARITA LOPEZ BALTAZAR, also known as "Elizabeth",

6

knowingly and intentionally did unlawfully distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT TEN

On or about September 25, 2024, in the County of Durham, in the Middle District of North Carolina, JUAN DAVID MARTINEZ-PEREZ, also known as "Pablo", knowingly and intentionally did unlawfully distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

## COUNT ELEVEN

On or about February 2, 2025, in the County of Durham, in the Middle District of North Carolina, ANGEL OMAR FUENTES HIDALGO, also known as "Omar", and YADIRA MARGARITA LOPEZ BALTAZAR, also known as "Elizabeth", knowingly and intentionally did unlawfully distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of

7

Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

DATED: April 28, 2025

RANDALL S. GALYON
Acting United States Attorney

BY: KYLE D. POUSSON
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

8

Case 1:25-cr-00156-CCE    Document 1    Filed 04/28/25    Page 8 of 8